UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 5:20-cv-00889-RGK-SP |
| Date | June 18, 2020 |

Title: James Andrews v. Ring LLC

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **(In Chambers) Order to Show Cause**

   The Court has reviewed the Motion to Compel Arbitration [27] filed by defendant on June 17, 2020. Defendant's response to the complaint was due June 10, 2020. Orders denying an extension of time to respond to the complaint were issued at docket entries 19 and 25. Defendant is ordered to show cause in writing, not later than 4:00 pm on June 19, 2020, why this response should not be stricken as untimely.

   IT IS SO ORDERED.